■ In the Matter of COLONIAL PENN INSURANCE COMPANY, Respondent, v JANICE CULLEY et al., Respondents, and AMERICAN PROTECTION INSURANCE Co., Appellant.—Appeal by American Protection Insurance Co. from an order of the Supreme Court, Nassau County (Ain, J.), entered September 18, 1987, which denied an application to vacate a prior decision of the same court, dated February 4, 1987.

Ordered that the appeal is dismissed, with costs.

No appeal lies from an order denying a motion to set aside and/or vacate a decision *(see, Behrens v Behrens,* 143 AD2d 617; *Stockfield v Stockfield,* 131 AD2d 834; *Metropolitan Prop. & Liab. Ins. Co. v Boisette,* 105 AD2d 785). Kunzeman, J. P., Weinstein, Kooper and Balletta, JJ., concur.